# EXHIBIT 1-11

Case 1:25-cv-02183-JKB     Document 1-13     Filed 07/07/25     Page 2 of 3

E-FILED; Anne Arundel District Court - Glen Burnie
Docket: 7/5/2025 10:23 AM; Submission: 7/5/2025 10:23 AM
Envelope: 21915744

IN THE DISTRICT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

| | | |
|---|---|---|
| ESTATE OF AMANDA C. WHITAKER | : | |
| Plaintiff | : | |
| vs. | : | Case No. D-07-CV-24-023224 |
| TRUIST BANK | : | |
| Defendant | : | |

## PRE-TRIAL STATEMENT

The Plaintiff, Estate of Amanda C. Whitaker, by and through its attorneys, V. Peter Markuski, Jr., Esquire, and Goozman, Bernstein & Markuski, respectfully represents unto this Court as follows:

1. Plaintiff Claims: Amanda C. Whitaker died on July 5, 2022 and on January 4, 2023 Robert W. Whitaker was appointed Personal Representative. Mr. Whitaker is a resident of Texas. At the time of her death the decedent had an account at Truist Bank, Account Number: 1210005737271. That on July 12, 2023, Mr. Whitaker went to Truist Bank located at 1000 E. Anderson Ln. Austin Texas 78752. He notified the Bank of the death of his daughter, provided her Social Security Number and bank account number. On August 4, 2022, he provided a Death Certificate at the same Truist Bank. That as of the date of her death the account contained $20,513.42. That at of said funds were withdrawn without the permission of the decedent.

2. Defendant's Defense: Not Applicable.

3. Counter-Claims: None.

4. Amendments: The Plaintiff has filed an Amended Complaint.

5. Limitation of Issues: None.

6. Stipulations: Parties should be able to stipulate to Amanda C. Whitaker's death on July 5, 2022, the existence of the Truist Account and the appointment of Robert Whitaker as Personal Representative.

7. Damages: $30,000.00.

8. Exhibits: Death Certificate and Truist Bank Account Statements.

9. Experts: None.

10. Other Matters: None.

GOOZMAN, BERNSTEIN & MARKUSKI

By: _____
V. Peter Markuski, Jr., Esquire
CPF No. 8212010290
9101 Cherry Lane, Suite 207
Laurel, Maryland  20708
301-953-7480
301-953-1339 ( Fax)
Attorneys for Plaintiff
vpmarkuski@gbmlawfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of July 2025, a copy of the foregoing Pre-Trial Statement was mailed first-class, postage prepaid, or served by ECF on MDEC, to all Counsel on record:

_____
V. Peter Markuski, Jr., Esquire

**CERTIFICATE OF REDACTION**

I hereby certify that the undersigned counsel has not submitted any restricted information to the Court, pursuant to MD Rule 20-201(f)(1)(B), in its attached filing regarding the above-captioned matter.

_____
V. Peter Markuski, Jr., Esquire